IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PINEDA, | Case No. 1:10-cv-00179 JLT (PC) |
| Plaintiff, | ORDER CONTINUING IN FORMA PAUPERIS STATUS ON APPEAL |
| vs. | |
| A. ENENMOH, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On April 13, 2011, the Court dismissed this action for failure to state a claim. (Doc. 11.) Plaintiff subsequently filed a notice of appeal. (Doc. 13.) On May 12, 2011, the Ninth Circuit referred this matter back to this Court for the limited purpose of deciding whether Plaintiff's in forma pauperis status should continue on appeal. For the reasons set forth below, the Court finds that is should.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Ellis v. United States, 356 U.S. 674 (1958). An action is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). In other words, the term "frivolous", as used in § 1915 and when applied to a complaint, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Id.

1

1    This action was dismissed for Plaintiff's failure to state a claim because the amended complaint
2    simply did not "contain sufficient factual matter . . . to state a claim to relief that [was] plausible on its
3    face." <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937, 1949 (2009) (citation and internal quotation marks omitted).[1]
4    While the amended complaint fell shy of stating a cognizable claim, the allegations contained therein
5    were not factually fanciful, nor were the claims legally frivolous. As such, any appeal of the Court's
6    order dismissing the action does not appear to be taken in bad faith.
7    Accordingly, the Court finds that Plaintiff's in forma pauperis status should not be revoked and
8    **SHALL** continue on appeal. The Clerk of the Court is **DIRECTED** to forward a copy of this order to
9    the Ninth Circuit Court of Appeals.

11   IT IS SO ORDERED.
12   Dated:  **May 18, 2011**                                                      **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court declined to provide Plaintiff with further leave to amend because the Court had previously advised Plaintiff of the factual deficiencies in his pleadings in its prior screening order, yet Plaintiff failed to meaningfully address those deficiencies in the amended complaint. See <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1261 (9th Cir. 1992).